Michael R. Griffinger, Esq.
Peter Torcicollo, Esq.
Thomas R. Valen, Esq.
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5496
(973) 596-4500

Attorneys for Defendant
Federal Business Centers, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL SERY, an individual, MATHEW SERY, an individual, and DAVID SERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUSINESS CENTERS, INC., a New Jersey corporation, PETER C. VISCEGLIA, an individual and trustee, and CHRISTINE KANTER, an individual and trustee,<br><br>Defendants. | Civil Action No. 06-cv-1026 (FSH)<br><br>RECEIVED<br>AUG 15 2006<br>WILLIAM T. WALSH, CLERK |

**DISCOVERY CONFIDENTIALITY ORDER**

WHEREAS, in the course of the above-captioned action, the Parties, Michael Sery, Mathew Sery, David Sery, Federal Business Centers, Inc. ("FBC"), Peter C. Visceglia, and Christine Kanter (collectively, the "Parties") may seek disclosure of information that a party or nonparty witness (the "Producing Party") is required or undertakes to disclose and that such Producing Party regards as being confidential, trade secret, or proprietary ("Confidential Information"); and

WHEREAS, the Parties desire to establish a mechanism to protect the disclosure of Confidential Information in the above-referenced matter (the "Litigation"); and

WHEREAS, the Parties desire to establish a mechanism to govern the treatment, and to preserve the privileged or protected status of privileged materials inadvertently produced during discovery in the Litigation ("Privileged Materials"); and

WHEREAS, the Parties hereto, through their respective counsel, have reached an agreement governing the use, dissemination and disclosure of Confidential Information obtained through discovery in this Litigation and the inadvertent disclosure of Privileged Materials in this Litigation, and the Parties have agreed to the form of this Discovery Confidentiality Order; and

WHEREAS, the Parties have submitted affidavits and/or certifications in support of the entry of this Order as required by Local Civil Rule 5.3(b)(2); and

WHEREAS, the Court has found good cause for the entry of this Discovery Confidentiality Order,

It is on this 15th day of August, 2006, hereby

ORDERED:

1. This Discovery Confidentiality Order shall be applicable to and govern all depositions, documents, answers to interrogatories, responses to requests for admission and all other discovery taken in this action pursuant to the Federal Rules of Civil Procedure, as well as testimony adduced at trial, matters in evidence and any other information furnished, directly or indirectly, by or on behalf of any party to the above-captioned action including such party's predecessors, successors, parents, subsidiaries, divisions and affiliated companies and companies under the direction and/or control of a party or its owner(s), to the extent such material ~~is~~ contains confidential information, as defined designated "CONFIDENTIAL" in accordance with this Discovery Confidentiality Order.